**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Pure Foods, Inc.** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Interstate Snacks** | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-4790502** | |
| **4.** | **Debtor's address** | **Principal place of business** **2300 Tri-Cities Crossing** **Kingsport, TN 37663** Number, Street, City, State & ZIP Code **Sullivan** County | **Mailing address, if different from principal place of business** **P.O. Box 6372** **Kingsport, TN 37663** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **PureFoodsco.com** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Pure Foods, Inc.**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **3119**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Pure Foods, Inc.** _____ Case number (*if known*)_____
     Name

| | | |
|---|---|---|
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No | |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** (*Check all that apply.*) | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| |     What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| |     Number, Street, City, State & ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes. Insurance agency _____ | |
| |     Contact name _____ | |
| |     Phone _____ | |

■ **Statistical and administrative information**

| | | | |
|---|---|---|---|
| **13.** **Debtor's estimation of available funds** | . *Check one:* | | |
| | ■ Funds will be available for distribution to unsecured creditors. | | |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | | |

| | | | |
|---|---|---|---|
| **14.** **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Pure Foods, Inc.** _____  Case number (*if known*)_____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 30, 2017**
              MM / DD / YYYY

X **/s/ John P. Frostad** _____    **John P. Frostad** _____
   Signature of authorized representative of debtor       Printed name

Title  **CEO** _____

**18. Signature of attorney**

X **/s/ William L. Norton III** _____    Date  **January 30, 2017**
   Signature of attorney for debtor       MM / DD / YYYY

**William L. Norton III**
Printed name

**Bradley Arant Boult Cummings LLP**
Firm name

**1600 Division Street, Suite 700**
**Nashville, TN 37203-2754**
Number, Street, City, State & ZIP Code

Contact phone  **615-252-2397**    Email address  **bnorton@bradley.com**

**#10075 TN**
Bar number and State

```
Acorn Electrical Specialists, Inc.
P O Box 550
Piney Flats, TN 37686

ADM Edible Bean Specialties, Inc.
P O Box 300017
Duluth, GA 30096-0300

Airgas USA, LLC
P O Box 532609
Atlanta, GA 30353-2609

Alliance Foods, Inc.
605 West Chicago Street
Coldwater, MI 49036

Allied Metals Company
201 Prince St
Johnson City, TN 37605-2323

American Paper & Twine
P O Box 90348
Nashville, TN 37209

Appalachian Power
P O Box 24414
Canton, OH 44701-4414

Applied Industrial Tech. - Dixie
22510 Network Place
Chicago, IL 60673-1225

Arbon Equipment Corporation
Customer # 2747239
Chicago, IL 60673-1254

Atmos Energy
P O Box 790311
Saint Louis, MO 63179-0311

Beanitos
3601 S. Congress Ave Ste B500
Austin, TX 78704

Belkorp
1508 Creekbank Road B4
Mississauga, ON V6J1W8

Best Cooking Pulses
124 10 St NE
PORTAGE LA PRAIRIE, MB R1N1B5

Bioaudix
Gueterstrasse 86A
SWITZERLAND 04053
```

Bosch Packaging Technology Inc.  
869 South Knowles Ave.  
New Richmond, WI 54017  

Bosch Packaging Technology, Inc.  
36815 Treasury Center  
Chicago, IL 60694-6800  

Bright Pharma Ingredients  
1908 Orchard Rd.  
Hood River, OR 97031  

Building Systems Technology, Inc.  
1310 Centerpoint Blvd.  
Knoxville, TN 37932  

C.E.S. (City Electric) Chl  
P O Box 16707  
Greensboro, NC 27416  

Caldic Canada Inc.  
1360 Cliveden Ave.Delta  
Delta, BC V3M6K2  

California Cereal Products, Inc.  
1267 14th St.  
Oakland, CA 94607  

Carolina Ingredients, Inc.  
1595 Cedar Line Drive  
Rock Hill, SC 29730  

Century Link  
P O Box 1319  
Charlotte, NC 28201-1319  

Charter Communications  
P O Box 742614  
Cincinnati, OH 45274-2614  

ChemStation of North Carolina  
1121 Willowbrook Drive  
Greensboro, NC 27403-2050  

City of Kingsport  
P O Box 880  
Kingsport, TN 37662-0880  

Clark Speciality Grain  
22530 S Banner Road  
Gothenburg, NE 69138  

Clean and Safe LLC  
PO Box 688  
Blountville, TN 37617

```
Clextral, Inc.
14450 Carlson Circle
Tampa, FL 33626

Club Demonstration Services, Inc.
P. O. Box 894502
Los Angeles, CA 90189

CoBank
6340 S. Fiddlers Green Circle
Englewood, CO 80111

Columbus Vegetable Oil
4990 Paysphere Circle
Chicago, IL 60674

Comfort Systems USA
P O Box 757
Bristol, VA 24203-0757

Connect Transport Corporation
1274 49th Street, Suite 306
Brooklyn, NY 11219

Corrugated Container Corporation
128 Corrugated Lane
Piney Flats, TN 37686

Craine, Thompson & Jones,P.C.
PO Box 1779
Morristown, TN 37816-1776

Crew Marketing Partners Inc.
240-34434 McConnell RD
ABBOTSFORD, BC V2S7P1

Crystal Springs Water Company
1820 North Eastman Road
Kingsport, TN 37664

Dairiconcepts
3253 East Chestnut Expressway
Springfield, MO 65802

Echo Global Logistics, Inc.
Accounts Receivable
Chicago, IL 60673-1221

ECRM
27070 Miles Rd., Suite A
Solon, OH 44139
```

```
Edward O. Savitz, Esq.
Bush Ross, PA
1801 North Highland Avenue
Tampa, FL 33602-2656

ESTES
PO Box 25612
Richmond, VA 23260-5612

Fastenal Company: VABRS
P O Box 1286
Winona, MN 55987-1286

FedEx - Dallas
P O Box 660481
Dallas, TX 75266-0481

FedEx Trade Networks Canada
Box 916200
TORONTO, ON M5W0E9

Fisher Scientific
ACCT# 064455-001 P.O. Box 404705
Atlanta, GA 30384-4705

Flash Courier Services, Inc.
P O Box 3962 VMPO
VANCOUVER, BC V6B3Z4

Fleenor Security Systems
PO Box 3903
Johnson City, TN 37602

Foodguys
P.O. Box 707
Wilsonville, OR 97070

G&K Services
POBox 677057
Dallas, TX 75267-7057

General Rubber & Plastics
P O Box 219
Bristol, TN 37621

Genpak
285 INDUSTRIAL PKWY
AURORA, ON L4G3V8

Genpak - Aurora
285 Industrial Parkway
AURORA, ON L4G3V8
```

```
Grainger
Dept. 886032363
Palatine, IL 60038-0001

H&B Industries, Inc.
P O Box 29838
Dallas, TX 75229

Idaho Pacific
P. O. Box 478
Ririe, ID 83443

Imlak'esh Organics
6336 Lindmar Dr
Goleta, CA 93117

Ingredion
P O Box 409882
Atlanta, GA 30384-9882

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

IT Decisions, LLC
3200 Hanover Road
Johnson City, TN 37604

J & W Landscapes, LLC
P O Box 663
Blountville, TN 37617

J. C. Ford Co.
901 Leslie Street
La Habra, CA 90631

Jerry Brothers Industries South Inc
4619 Glasgow Street
Richmond, VA 23234

Johnson Landscaping & Irrigation
P O Box 415
Fall Branch, TN 37656

K. S. Promotional Products
P O Box 16237
Bristol, VA 24202

KFK Seasonings, LLC
P O Box 1118
Portland, OR 97211
```

```
Kingsport Chamber
400 Clinchfield St., Ste 100
Kingsport, TN 37660

Kingsport Industrial Economic Dev. Board
225 West Center St.
Kingsport, TN 37660

Kof-K Kosher Supervision
201 The Plaza
Teaneck, NJ 07666

LeadersWay Incorporated
1340 Environ Way
Chapel Hill, NC 27517

Loma Systems USA
550 Kehoe Blvd.
Carol Stream, IL 60188

Mark S. Dessauer
Hunter Smith Davis LLP
P.O. Box 3740
Kingsport, TN 37664

Master Model Craft
P O Box 474
Bristol, TN 37621-0474

Matt Gartner
Husch Blackwell LLP
190 Carondelet Plaza, Ste. 600
Saint Louis, MO 63105-3433

McMaster-Carr
P O Box 7690
Chicago, IL 60680-7690

Medworks Occupational Medicine
P O Box 3556
Johnson City, TN 37602

Mettler-Toledo Safeline
806 Tyvola Road, Suite 108
Charlotte, NC 28290-5632

Microbac Laboratories, Inc.
Attn: Locator RA
Pittsburgh, PA 15264-4733

Minsa
Attn: Ricky Rodriguez
Muleshoe, TX 79347
```

```
Motion Industries
P O Box 404130
Atlanta, GA 30384-4130

Mountain Air Compressor, Inc.
P O Box 1888
Bristol, TN 37620

Multiple Organics
200 Linua Pauling Drive
Hercules, CA 94547

Murphy, Inc.
P O Box 5308
Johnson City, TN 37602

My Alarm Center
3803 West Chester Pike, Ste. 100
Newtown Square, PA 19073

NEMF, Inc.
P O Box 6031
Elizabeth, NJ 07207-6031

Neogen Corporation
25153 Network Place
Chicago, IL 60673-1251

Nexira, Inc.
15 Somerset St.,
Somerville, NJ 08876-2828

NMAC
P O Box 66083
Dallas, TX 75266-0083

NSF International
Dept. lockbox #771380
Detroit, MI 48277-1380

Nutralliance
605 North Michigan Ave.
Chicago, IL 60611

Old Dominion
P O Box 198475
Atlanta, GA 30384-8475

Oliver Wood Working
248 Judge Don Lewis Blvd.
Elizabethton, TN 37643

Packaging Corporation of America
P. O. Box 532058
Atlanta, GA 30353-2058
```

```
Packaging Products Corp
P.O. BOX 3363
Omaha, NE 68103-0363

Parrish Industrial Contractors
112 Carter Street
Kingsport, TN 37664

PCA/Boise Packaging & Newsprint
P. O. Box 532058
Atlanta, GA 30353-2058

PECO
2990 Momentum Plaza
Chicago, IL 60689-5329

Pierce Metals, Inc.
1224 5th Street
Bristol, TN 37620

Pristine Springs Water Co.
225 Lewis Lane
Kingsport, TN 37660

Process Supply, Inc.
P O Box 6146
Kingsport, TN 37663

QAI, Inc.
Dept. Lockbox # 771380
Detroit, MI 48277-1380

RIO Grande Fence Co, Inc.
317 SHELBY ST SUITE 207
Kingsport, TN 37660

S B White CO., Inc.
P.O. Box 1734
Johnson City, TN 37605

S W Services, Inc.
2100 Industrial Blvd.
Bristol, TN 37620

S.W. SERVICE
2100 Industrial Blvd
Bristol, TN 37620

Sage V Foods
P O Box 844709
Los Angeles, CA 90084-4709

SHAW BUSINESS
PO BOX 2468 STN MAIN
CALGARY, AB T2P4Y2
```

```
Shred-it USA LLC
Shred-IT USA - New York
Newark, NJ 07188-3574

Silliker, Inc.
3155 Paysphere Circle
Chicago, IL 60674

Silva International, Inc.
523 N. Ash St.
Momence, IL 60954

SK Food / Hesco
PO Box 815
Watertown, SD 57201

Smirk's Ltd.
511 Grant Street
Fort Morgan, CO 80701

Southeastern Employers Service Corp
P O Box 1848
Bristol, TN 37621

Stand Energy Corporation
P O Box 632712
Cincinnati, OH 45263-2712

Staples Advantage
Dept. ATL
Atlanta, GA 30384-5386

Steve Reed (Alliance Executives)
400 Lakeview Drive, #311
Newport, KY 41071

Symrise
P O Box 5801
Carol Stream, IL 60197-5801

Tennessee B&E UNIT
220 French Landing Drive
Nashville, TN 37243

Tennessee Labor Law Poster Service
5133 Harding Rd B-10 #102
Nashville, TN 37205-2891

Terpco Inc.
99 16th st. S.W.
Barberton, OH 44203

The Answer Company
502 233 Nelson's Crescent
NEW WESTMINSTER, BC V3L0E4
```

```
The Corporate Image, Inc.
619 Volunteer Parkway
Bristol, TN 37620

The Food Source
P.O. Box 2364
West Chester, PA 19380

The General's Network
670 N. Mill St.
Saukville, WI 53080

The Steritech Group Inc.
P.O. Box 472127
Charlotte, NC 28247-2127

The Steritech Group, Inc.
P.O. Box 472127
Charlotte, NC 28247-2127

Tony Tsu
#907, 168 Powell Street
VANCOUVER, BC V6A0B2

Total Quality Logistics
P O Box 634558
Cincinnati, OH 45263-4558

Uline
Attn: Accounts Receivable
Chicago, IL 60680-1741

United Healthcare Insurance Company
Dept. CH 10151
Palatine, IL 60055-0151

United States Attorney
Northern and NE Div., US Courthouse
Howard H. Baker Jr. US Courthouse
800 Market St., Ste. 211
Knoxville, TN 37902

United States Trustee
Northern and NE Div., Ofc. of US Trustee
Howard H. Baker Jr. U.S. Courthouse
800 Market St., Ste 114
Knoxville, TN 37902

UPS
Lockbox 577
Carol Stream, IL 60132-0577

USPS
Kingsport, TN 37663
```

```
Van Drunen Farms
P O Box 92170
Elk Grove Village, IL 60009

VWR International LLC
P.O. Box 640169
Pittsburgh, PA 15264-0169

Waste Management of Tri-Cities
P O Box 9001054
Louisville, KY 40290-1054

Waypoint Analytical
2790 Whitten Rd
Memphis, TN 38133

Western Carolina Forklift, Inc.
P O Box 890314
Charlotte, NC 28289-0314

Wm.S. Trimble Company, Inc.
PO Box 154
Knoxville, TN 37901

Workspace Interiors Design Solution
PO Box 809
Kingsport, TN 37662

YRC Freight
P O Box 730375
Dallas, TX 75373-0375
```

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Pure Foods, Inc.**                                   Case No.
                                Debtor(s)                     Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pure Foods, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Pure Foods Corp.**
**430-887 Great Northern Way**
**Vancouver, BC V5T 4T5**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 30, 2017** | **/s/ William L. Norton III** |
| Date | **William L. Norton III #10075 TN** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Pure Foods, Inc.** |
| | **Bradley Arant Boult Cummings LLP** |
| | **1600 Division Street, Suite 700** |
| | **Nashville, TN 37203-2754** |
| | **615-252-2397** |
| | **bnorton@bradley.com** |