Fill in this information to identify the case:

Debtor name: **Pure Foods, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Acorn Electrical Specialists, Inc. P O Box 550 Piney Flats, TN 37686 | | | | | | $17,918.04 |
| ADM Edible Bean Specialties, Inc. P O Box 300017 Duluth, GA 30096-0300 | | | | | | $130,081.27 |
| Alliance Foods, Inc. 605 West Chicago Street Coldwater, MI 49036 | | | | | | $18,770.66 |
| Beanitos 3601 S. Congress Ave Ste B500 Austin, TX 78704 | | | | | | $39,830.37 |
| Bosch Packaging Technology, Inc. 36815 Treasury Center Chicago, IL 60694-6800 | | | | | | $22,885.87 |
| Bright Pharma Ingredients 1908 Orchard Rd. Hood River, OR 97031 | | | | | | $20,416.80 |
| Clextral, Inc. 14450 Carlson Circle Tampa, FL 33626 | | | Disputed | | | $270,000.00 |
| Club Demonstration Services, Inc. P. O. Box 894502 Los Angeles, CA 90189 | | | | | | $71,586.84 |

Debtor **Pure Foods, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Columbus Vegetable Oil**<br>4990 Paysphere Circle<br>Chicago, IL 60674 | | | | | | $46,439.40 |
| **Comfort Systems USA**<br>P O Box 757<br>Bristol, VA 24203-0757 | | | | | | $100,445.97 |
| **Genpak**<br>285 INDUSTRIAL PKWY<br>AURORA, ON L4G3V8 | | | | | | $197,856.37 |
| **Genpak - Aurora**<br>285 Industrial Parkway<br>AURORA, ON L4G3V8 | | | | | | $49,869.95 |
| **Grainger**<br>Dept. 886032363<br>Palatine, IL 60038-0001 | | | | | | $19,890.58 |
| **LeadersWay Incorporated**<br>1340 Environ Way<br>Chapel Hill, NC 27517 | | | | | | $26,249.48 |
| **Minsa**<br>Attn: Ricky Rodriguez<br>Muleshoe, TX 79347 | | | | | | $83,006.38 |
| **Murphy, Inc.**<br>P O Box 5308<br>Johnson City, TN 37602 | | | | | | $17,744.48 |
| **Packaging Corporation of America**<br>P. O. Box 532058<br>Atlanta, GA 30353-2058 | | | | | | $56,861.30 |
| **Sage V Foods**<br>P O Box 844709<br>Los Angeles, CA 90084-4709 | | | | | | $22,935.00 |

| Debtor | Pure Foods, Inc. | | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **The Answer Company**<br>502 233 Nelson's Crescent<br>NEW WESTMINSTER, BC V3L0E4 | | | | | | **$75,294.25** |
| **The Food Source**<br>P.O. Box 2364<br>West Chester, PA 19380 | | | | | | **$43,051.95** |